**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7109**

_____

CHRISTOPHER ALLEN DONTELL,

Plaintiff - Appellant,

v.

SUSAN SAFFORD; JONI CURCIO, Sgt; CORPORAL GRAY; CORPORAL GAUSE; CORPORAL SHOVER; OFFICER LEWIS, Correctional Officer; OFFICER HOLLYWOOD, Correctional Officer; OFFICER RAY, Correctional Officer; OFFICER DAVIS, Correctional Officer; OFFICER DAHL, Correctional Officer; OFFICER WORTHAM, Correctional Officer; OFFICER CYR, Correctional Officer; OFFICER BROWNING, Correctional Officer; OFFICER SANDERS; OFFICER DILLON, Correctional Officer; F. SMALLS; CORPORAL VERMEER; OFFICER STEBLINSKI, Correctional Officer; OFFICER SWEET, Correctional Officer; CORPORAL COLLIER,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Molly Hughes Cherry, Magistrate Judge.  (9:22-cv-01641-BHH)

_____

Submitted:  November 12, 2025                    Decided:  December 22, 2025

_____

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

2

Christopher Allen Dontell, Appellant Pro Se. J.W. Nelson Chandler, James Matthew Johnson, CHANDLER & DUDGEON LLC, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Allen Dontell appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment for Appellees on Dontell's deliberate indifference, failure to protect, retaliation, and equal protection claims asserted in his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dontell v. Safford*, No. 9:22-cv-01641-BHH (D.S.C. Sept. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*